David A. DiMarzio
Clerk of Court

**_UNITED STATES DISTRICT COURT_**
**_District of Rhode Island_**

Gail E. Daniel
Chief Deputy

April 14, 2006

06C 1930

RECEIVED

APR 1 9 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Michael W. Dobbins, Clerk
United States District Court
District of Northern Illinois
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

RE: Joseph F. Creamer, III v. Ameriquest Mortgage Company
USDC - RI #CA 05-533ML
MDL - 1715 In re: Ameriquest Mortgage Co., Mortgage Lending Practices Litigation

Dear Mr. Dobbins:

Pursuant to the Order lifting stay of Conditional Transfer Order, enclosed please find the original pleadings and a certified copy of the docket relative to the above-captioned case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter. If you have any questions please do not hesitate to contact me. Thank you for your assistance.

Very truly yours,

David A. DiMarzio, Clerk

By: *Barbara Barletta*
Barbara L. Barletta
Deputy Clerk
(401) 752-7204